

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2016

No. 04-16-00103-CR

Jan Huron **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR8714
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to September 6, 2016. **NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2016.

_____
Keith E. Hottle
Clerk of Court